# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CYNTHIA SCHMALZ,**

    Plaintiff,

**-vs-**

                  **CASE NO.**    **3:11-CV-145**

                  **Judge Timothy S. Black**

**NORTHROP GRUMMAN CORPORATION,**

    Defendant.

___

## JUDGMENT IN A CIVIL CASE
___

**[ ] Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X] Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 15) is **GRANTED**; and that the case is **CLOSED** from the docket of the Court.

Date:  May 17, 2012                             **JAMES BONINI, CLERK**

                                                   By: *s/ M. Rogers*
                                                   Deputy Clerk